# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HULL, FRANK M. | U.S.CT OF APPEALS-11TH CIRCUIT | 05/7/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CT OF APPEALS JUDGE-ACTIVE | ☐ Nomination　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br>**5b.** ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | (architect's salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. Real Estate: Augusta, GA Property (18% interest) | | None | L | W | | | | | |
| 6. MERRILL LYNCH-IRA ACCT (with following stocks): | | | | | | | | | |
| 7. -Abb Ltd | | None | | | Sold | 03/16/11 | J | | |
| 8. -Affiliated Managers Grp | | None | J | T | | | | | |
| 9. -Allergan | A | Int./Div. | J | T | | | | | |
| 10. -America Movil SAAB | | None | | | Sold | 07/15/11 | J | | |
| 11. -Anheuser-Busch InBev | | | | | Buy | 03/16/11 | J | | |
| 12. -Anheuser-Busch InBev | | None | | | Sold | 07/15/11 | J | | |
| 13. -Anadarko Pete Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 14. -Avon Prod Inc | | None | | | Sold | 03/16/11 | J | | |
| 15. -Biogen | | None | J | T | Buy | 07/20/11 | J | | |
| 16. -Borg Warner | | None | J | T | | | | | |
| 17. -Celgene Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -China Pete Chem | A | Int./Div. | J | T | | | | | |
| 19. -Corning Inc | | None | | | Sold | 07/15/11 | J | | |
| 20. -Costco Wholesale Crp | A | Int./Div. | J | T | | | | | |
| 21. -Covidien Plc | A | Int./Div. | J | T | | | | | |
| 22. -Danaher Corp | C | Int./Div. | | | Sold | 03/16/11 | J | C | |
| 23. -Devon Energy Corp | A | Int./Div. | J | T | | | | | |
| 24. -Digital Rlty Tr Inc | A | Int./Div. | J | T | | | | | |
| 25. -Discovery Communications | | None | J | T | | | | | |
| 26. -Dover Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 27. -First Solar Inc | | None | J | T | | | | | |
| 28. -Google Inc | | None | J | T | | | | | |
| 29. -Hess Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 30. -Hewlett Packard Co | | None | | | Sold | 03/16/11 | J | | |
| 31. -Honeywell Intl | A | Int./Div. | J | T | | | | | |
| 32. -Intuit Inc | A | Int./Div. | J | T | Buy | 07/20/11 | J | | |
| 33. -Jacobs Engn Grp | | None | J | T | | | | | |
| 34. -Monsanto Co | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -National Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 36. -Oracle Corp | A | Int./Div. | J | T | | | | | |
| 37. -Patterson Cos | A | Int./Div. | J | T | | | | | |
| 38. -Petroleo Bras SA | A | Int./Div. | J | T | | | | | |
| 39. -PetSmart Inc | A | Int./Div. | J | T | | | | | |
| 40. -Qualcomm Inc | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 41. -Salesforce Com | | None | J | T | | | | | |
| 42. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 43. -Southwestern Energy Co | A | Int./Div. | | | Sold | 03/16/11 | J | A | |
| 44. -TE Connectivity (formerly Tyco Electronics) | A | Int./Div. | J | T | | | | | |
| 45. -Walgreen Co | A | Int./Div. | J | T | | | | | |
| 46. -Whole Foods Mkt | A | Int./Div. | J | T | Buy | 07/20/11 | J | | |
| 47. MERRILL LYNCH-ACCT #2 (with following stocks): | | | | | | | | | |
| 48. -ABB Ltd | | None | | | Sold | 03/11/11 | J | | |
| 49. -Allergan | A | Int./Div. | K | T | | | | | |
| 50. -America Movil SAB | A | Int./Div. | | | Sold | 07/15/11 | K | A | |
| 51. -Anadarko Pete Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Anheiser-Busch InBev | | | | | Buy | 03/16/11 | J | | |
| 53. | | None | | | Sold | 07/15/11 | J | | |
| 54. -Avon Prod Inc | | None | | | Sold | 03/11/11 | K | | |
| 55. -Biogen | | None | K | T | Buy | 07/20/11 | K | | |
| 56. -Borg Warner Inc | | None | J | T | | | | | |
| 57. -Celgene Corp | | None | K | T | | | | | |
| 58. -Coca-Cola Co | A | Int./Div. | J | T | | | | | |
| 59. -Corning Inc | | None | | | Sold | 07/15/11 | J | | |
| 60. -Costco Wholesale Crp | A | Int./Div. | K | T | | | | | |
| 61. -Covidien Plc | A | Int./Div. | K | T | | | | | |
| 62. -Danaher Corp | E | Int./Div. | | | Sold | 03/11/11 | L | E | |
| 63. -Devon Energy Corp New | A | Int./Div. | K | T | | | | | |
| 64. -Digital Rlty Tr Inc | C | Int./Div. | L | T | | | | | |
| 65. -Discovery Communicatn | | None | K | T | | | | | |
| 66. -Dover Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 67. -Federal Farm Credit Bank | A | Interest | | | Redeemed | 02/28/11 | K | A | |
| 68. -Federal Home Loan Bank | A | Interest | | | Redeemed (part) | 04/14/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Federal Home Loan Bank | A | Interest | | | Redeemed | 06/30/11 | K | A | |
| 70. -Federal Home Ln Mtg Corp | B | Interest | | | Redeemed (part) | 02/28/11 | K | B | |
| 71. -Federal Home Ln Mtg Corp | A | Interest | | | Redeemed | 04/14/11 | K | A | |
| 72. -First Solar | | None | J | T | | | | | |
| 73. -Google Inc | | None | K | T | | | | | |
| 74. -Hess Corp | A | Int./Div. | J | T | Buy | 03/16/11 | K | | |
| 75. -Honeywell Intl | B | Int./Div. | K | T | | | | | |
| 76. -Intuit | A | Int./Div. | J | T | Buy | 07/20/11 | J | | |
| 77. -Jacobs Engn Grp | | None | K | T | | | | | |
| 78. -Monsanto Co | A | Int./Div. | J | T | | | | | |
| 79. -National Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 80. -Oracle Corp | D | Int./Div. | | | Sold | 03/11/11 | K | D | |
| 81. -Patterson Cos | A | Int./Div. | K | T | | | | | |
| 82. -PetSmart Inc | A | Int./Div. | J | T | | | | | |
| 83. -Qualcomm Inc | A | Int./Div. | K | T | Buy | 03/16/11 | K | | |
| 84. -Salesforce Com | | None | K | T | | | | | |
| 85. -Schlumberger Ltd | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Southwestern Energy Okla | A | Int./Div. | | | Sold | 03/11/11 | J | A | |
| 87. | -Tennessee Valley Auth | B | Interest | | | Redeemed | 01/18/11 | L | B | |
| 88. | -Tiffany & Co. | B | Int./Div. | L | T | | | | | |
| 89. | -TE Connectivity (formerly Tyco Electronics) | A | Int./Div. | K | T | | | | | |
| 90. | -US Trsy Inflation Nte | B | Int./Div. | M | T | | | | | |
| 91. | -Walgreen Co | B | Int./Div. | K | T | | | | | |
| 92. | -Whole Foods Mkt | A | Int./Div. | K | T | Buy | 07/20/11 | J | | |
| 93. | % Stock Owner: Arch. firm, ▓▓▓▓ | | None | K | T | | | | | |
| 94. | Note from ▓▓▓▓▓▓▓▓ | D | Interest | M | T | | | | | |
| 95. | 401(k) RETIREMENT PLAN/TRUST ▓▓ consisting of following: | | | | | | | | | |
| 96. | -Self-Direct acct (part of 401k above, with following:) | | | | | | | | | |
| 97. | -GOVT SECURITIES: | | | | | | | | | |
| 98. | -Federal Natl Mtg Assn | B | Interest | | | Redeemed | 11/15/11 | K | | |
| 99. | -Federal Home Ln Mtg Corp | B | Interest | K | T | | | | | |
| 100. | -Federal Farm Credit Bank | B | Interest | K | T | | | | | |
| 101. | -Federal Home Loan Bank | B | Interest | K | T | | | | | |
| 102. | -CORP BONDS: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Wells Fargo Bank NA | A | Interest | | | Redeemed | 02/01/11 | K | | |
| 104.  -Caterpillar Inc | B | Interest | K | T | | | | | |
| 105.  -General Electric Cap Crp | B | Interest | K | T | | | | | |
| 106.  -General Electric Co | B | Interest | K | T | | | | | |
| 107.  -JP Morgan Chase & Co | B | Interest | K | T | | | | | |
| 108.  MUTUAL/INDEX FUNDS: | | | | | | | | | |
| 109.  -iShares MSCI CDA Index Fund | | | | | Buy | 03/21/11 | J | | |
| 110. | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 111.  -iShares MSCI Germany Index Fund | | | | | Buy | 03/24/11 | J | | |
| 112. | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 113.  -iShares Trust S&P Midcap 400 Index Fund | | | | | Buy | 03/24/11 | K | | |
| 114. | A | Int./Div. | L | T | Buy (add'l) | 10/07/11 | K | | |
| 115.  -iShares S&P SmallCap 600 Index Fund | | | | | Buy | 03/24/11 | J | | |
| 116. | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 117.  -iShares NASDAQ BioTech Index Fund | | | | | Buy | 03/24/11 | J | | |
| 118. | A | Int./Div. | J | T | Buy (add'l) | 10/07/11 | J | | |
| 119.  -iShares MSCI EAFE Index Fund | | | | | Buy | 03/24/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | B | Int./Div. | L | T | Buy (add'l) | 10/07/11 | K | | |
| 121. –iShares S&P Global Infrastr | | | | | Buy | 03/24/11 | K | | |
| 122. | B | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 123. –SPDR DJ Global Titans | A | Int./Div. | J | T | Buy | 03/24/11 | J | | |
| 124. –VanGuard Information Tech ETF | | | | | Buy | 03/24/11 | J | | |
| 125. | A | Int./Div. | J | T | Buy (add'l) | 10/07/11 | J | | |
| 126. –VanGuard MSCI Emerging Mrkts ETF | | | | | Buy | 03/24/11 | K | | |
| 127. | B | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 128. –STOCKS: | | | | | | | | | |
| 129. –Ace Limited | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 130. –AFLAC | A | Int./Div. | J | T | | | | | |
| 131. –Amer Express Co | A | Int./Div. | J | T | Buy | 10/07/11 | J | | |
| 132. –America Movil SAB | A | Int./Div. | | | Sold | 07/20/11 | J | A | |
| 133. –American Wtr Wks Co | B | Int./Div. | L | T | Buy (add'l) | 10/07/11 | J | | |
| 134. –Apache Corp | B | Int./Div. | | | Sold | 03/11/11 | J | B | |
| 135. –Archer Daniels Midld | | | | | Buy (add'l) | 03/16/11 | J | | |
| 136. | | None | | | Sold | 10/04/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Automatic Data Proc | | | | | Buy | 03/11/11 | K | | |
| 138. | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 139. -Baker Hughes | A | Int./Div. | J | T | | | | | |
| 140. -BP | A | Int./Div. | J | T | | | | | |
| 141. -Baxter International | | None | | | Sold | 03/11/11 | K | | |
| 142. -Cardinal Health | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 143. -Caterpillar Inc | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 144. -Costco Wholesale Crp | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 145. -Covidien Plc | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 146. -CVS Caremark Corp | A | Int./Div. | K | T | Buy | 10/07/11 | J | | |
| 147. -Digital Realty Tr | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 148. -Dr Pepper Snapple Grp | A | Int./Div. | K | T | Buy | 10/07/11 | K | | |
| 149. -Emerson Elec | A | Int./Div. | K | T | | | | | |
| 150. -Enbridge Inc | B | Int./Div. | K | T | | | | | |
| 151. -Genuine Parts Co | A | Int./Div. | | | Sold | 10/04/11 | J | A | |
| 152. -Hewlett Packard Co | | None | | | Sold | 03/11/11 | K | | |
| 153. -Honeywell Intl | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -IBM | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 155. -Johnson and Johnson | B | Int./Div. | K | T | | | | | |
| 156. -Kellogg Co | A | Int./Div. | K | T | | | | | |
| 157. -Marathon Oil Corp | | | | | Buy | 03/16/11 | K | | |
| 158. | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 159. -Marathon Petroleum Corp | | | | | Buy | 03/11/11 | J | | |
| 160. | | None | | | Sold | 10/04/11 | J | | |
| 161. -McDonalds Corp | B | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 162. -Microsoft Corp | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 163. -Nike Inc | A | Int./Div. | K | T | Buy | 10/07/11 | K | | |
| 164. -Novartis | A | Int./Div. | | | Sold | 10/05/11 | K | A | |
| 165. -Occidental Pete Corp | A | Int./Div. | J | T | Buy | 10/07/11 | J | | |
| 166. -PepsiCo Inc | C | Int./Div. | | | Sold | 03/11/11 | K | C | |
| 167. -Praxair Inc | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 168. -Price T Rowe Group | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 169. -Proctor Gamble | C | Int./Div. | | | Sold | 03/11/11 | K | C | |
| 170. -SAP AG | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Schlumberger Ltd | A | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 172.  -Target Corp | | | | | Buy | 03/16/11 | K | | |
| 173. | | None | | | Sold | 10/04/11 | K | | |
| 174.  -Tiffany & Co | A | Int./Div. | J | T | Buy | 10/07/11 | J | | |
| 175.  -United Parcel Svc | A | Int./Div. | J | T | Buy | 10/07/11 | J | | |
| 176.  -United Techs Corp | | | | | Buy (add'l) | 03/16/11 | J | | |
| 177. | B | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 178.  -Viacom Inc | A | Int./Div. | J | T | Buy | 10/07/11 | J | | |
| 179.  -Vodafone | | | | | Buy | 07/20/11 | J | | |
| 180. | A | Int./Div. | J | T | Buy (add'l) | 10/07/11 | J | | |
| 181.  -Walgreen Co | | None | | | Sold | 10/04/11 | J | | |
| 182.  -Wellpoint Inc | A | Int./Div. | K | T | Buy | 10/11/11 | K | | |
| 183.  -Wisconsin Energy Corp | B | Int./Div. | K | T | Buy (add'l) | 10/07/11 | J | | |
| 184.  MERRILL LYNCH-IRA ACCT (with following stocks) | | | | | | | | | |
| 185.  -ABB Ltd | | None | | | Sold | 03/11/11 | J | | |
| 186.  -Allergan Inc | A | Int./Div. | J | T | | | | | |
| 187.  -America Movil SAB | | None | | | Sold | 07/15/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Anadarko Pete Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 189. -Anheuser-Busch Inbev | | | | | Buy | 03/16/11 | J | | |
| 190. | | None | | | Sold | 07/15/11 | J | | |
| 191. -Avon Prod Inc | | None | | | Sold | 03/18/11 | J | | |
| 192. -Biogen | | None | J | T | Buy | 07/20/11 | J | | |
| 193. -Borg Warner Inc | | None | J | T | | | | | |
| 194. -Caterpillar Inc | B | Int./Div. | K | T | | | | | |
| 195. -Celgene Corp | | None | J | T | | | | | |
| 196. -Corning Inc | | None | | | Sold | 07/15/11 | J | | |
| 197. -Costco Wholesale | A | Int./Div. | J | T | | | | | |
| 198. -Covidien Plc | A | Int./Div. | J | T | | | | | |
| 199. -Danaher Corp | B | Int./Div. | | | Sold | 03/11/11 | J | B | |
| 200. -Digital Rlty | A | Int./Div. | J | T | | | | | |
| 201. -Discovery Communicatn | | None | J | T | | | | | |
| 202. -Dover Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 203. -First Solar Inc | | None | J | T | | | | | |
| 204. -Google Inc | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Halliburton Co | A | Int./Div. | J | T | | | | | |
| 206. -Hess Corp | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 207. -Hewlett Packard Co | | None | | | Sold | 03/11/11 | J | | |
| 208. -Honeywell Intl Inc | A | Int./Div. | J | T | | | | | |
| 209. -Intuit Inc | A | Int./Div. | J | T | Buy | 07/20/11 | J | | |
| 210. -Jacobs Engn Grp | | None | J | T | | | | | |
| 211. -Monsanto Co | A | Int./Div. | J | T | | | | | |
| 212. -National-Oilwell Varco | A | Int./Div. | J | T | | | | | |
| 213. -Oracle Corp | A | Int./Div. | J | T | | | | | |
| 214. -Patterson Cos | A | Int./Div. | J | T | | | | | |
| 215. -Petsmart | A | Int./Div. | J | T | | | | | |
| 216. -Qualcomm Inc | A | Int./Div. | J | T | Buy | 03/16/11 | J | | |
| 217. -Salesforce com | | None | J | T | | | | | |
| 218. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 219. -Southwestern Energy Co | A | Int./Div. | | | Sold | 03/11/11 | J | A | |
| 220. -TE Connectivity (formerly Tyco Electronics) | A | Int./Div. | J | T | | | | | |
| 221. -Walgreen Co | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Whole Foods Mkt | A | Int./Div. | J | T | Buy | 07/20/11 | J | | |
| 223. MERRILL LYNCH BOA ACCT | | | | | | | | | |
| 224. -Bank of America Corp | B | Interest | K | T | | | | | |
| 225. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | | None | J | W | | | | | |
| 226. Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA | | None | J | W | | | | | |
| 227. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 228. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 229. Real Estate: Atlanta, GA ( (#1) (Parcel 4: WW) | | None | L | W | | | | | |
| 230. Real Estate: Atlanta, GA (#1) (Parcel 3: WW) | | None | L | W | | | | | |
| 231. Real Estate: Atlanta GA (#1) (Parcel 2: WW) | | None | L | W | | | | | |
| 232. Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |
| 233. Real Estate: Atlanta, GA (#2) (Parcel 4: WW) | | None | L | W | | | | | |
| 234. Real Estate: Atlanta, GA (#2) (Parcel 3: WW) | | None | L | W | | | | | |
| 235. Real Estate: Atlanta, GA (#2) (Parcel 2: WW) | | None | L | W | | | | | |
| 236. Real Estate: Atlanta, GA (#1) (1/3 KP) | | None | M | W | | | | | |
| 237. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |
| 238. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/7/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544